IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SANDRA ALCORN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:17-cv-00227 |
| ) | |
| CREST ULTRASONIC CORP., and ) | By: Elizabeth K. Dillon |
| RELIANCE SPECIALTY PRODUCTS, INC., ) | United States District Judge |
| ) | |
| Defendants. ) | |

**ORDER**

For the reasons set forth in the memorandum opinion entered this day, the defendants' motions for summary judgment (Dkt. Nos. 53, 56) are hereby GRANTED. Judgment is entered in each defendant's favor. All other pending motions are DENIED AS MOOT.

The clerk is directed to STRIKE this case from the active docket of this court. The clerk is further directed to provide a copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered: September 6, 2018.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge